IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 2:21cr16-KS-MTP

CHARLES EZEKIEL SPANGLER

## FINAL ORDER OF FORFEITURE

Before the Court is the United States of America's Motion for a Final Order of Forfeiture [38]. Having reviewed the Government's Motion, the Court finds that it is well taken and should be GRANTED. In support of its ORDER, the Court finds as follows:

WHEREAS, on December 2, 2021, this Court entered an Agreed Preliminary Order Directing Forfeiture of Property [32], ordering the Defendant, **CHARLES EZEKIEL SPANGLER,** to forfeit (the "**Subject Property**"), as described below:

| CATS ID | Property Description |
|---|---|
| 22-FBI-000677-01 | One (1) Apple iPhone 5, black, Serial No.: DX3T1WVCH2XL |
| 22-FBI-000677-02 | One (1) Apple iPad, black, Serial No.: DMPK3EE6F189 |
| 22-FBI-000677-03 | One (1) Sony PlayStation 4 Slim Gaming Console with controller |
| 22-FBI-000677-04 | One (1) HGST Hard drive, Serial No.: 160529RB254A2620BAXJ |

WHEREAS, the United States of America caused to be published via the internet at www.forfeiture.gov notice of this forfeiture and of the intent of the United States of America to dispose of the property in accordance with the law and as specified in the Preliminary Order, and notified all potential interested parties of their right to petition the Court within sixty (60) days from the first day of publication for a hearing to adjudicate the validity of their alleged legal interest in the property;

WHEREAS, no timely claim has been filed; and

WHEREAS, the Court finds that the Defendant had an interest in the property that is subject to forfeiture pursuant to 18 U.S.C. § 2253(a)(2) and (3).

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the **Subject Property** is hereby forfeited to the United States of America pursuant to 18 U.S.C. § 2253(a)(2) and (3).

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all right, title and interest to the property described above is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law; and

The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

SO ORDERED, ADJUDGED, AND DECREED this __15th____ day of March 2022.

_____s/Keith Starrett_____
UNITED STATES DISTRICT JUDGE